### (September 30, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE CONKLIN, Relator, v. BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Dannemora, N. Y., Respondent.— Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD BERG STUBKJAER, Appellant, v. VERNON A. MORHOUS, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for extension of time granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York under Title K of the Administrative Code of the City of New York in the County of Sullivan, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of New York City. (Neversink Highway Section No. 1 — Sullivan County). TOWN OF NEVERSINK, SULLIVAN COUNTY, N. Y., Appellant; THE CITY OF NEW YORK; SULLIVAN COUNTY, N. Y., and NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondents.— This is a motion to amend the decision of March 4, 1942 [see 263 App. Div. 451] to conform to the opinion handed down at the same time. Motion granted without costs. The decision is amended to read as follows: " Order appealed from modified as follows: The motion to vacate the order of the Special Term dated March 1, 1940 and entered in the Sullivan County Clerk's Office on April 5, 1940 is granted to the extent (1) of striking therefrom the limit of $3,500 placed upon the amount to be paid by the city of New York to the town of Neversink if the town actually does the work of improving the crossroad; (2) and of striking therefrom the provision that the cross road and the bridges thereon, when thus improved, are to be maintained and repaired by the town of Neversink and the city shall have no obligation or duty to maintain or repair said cross road and bridges and inserting in place thereof a provision that the plans and specifications for construction of such cross-road or town highway shall be approved by the State Department of Public Works and that when constructed and improved such highway and the bridges thereon shall be thereafter perpetually maintained and repaired by the city. As thus modified, the order appealed from is affirmed, without costs." Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.